UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Myriam Paul,<br><br>Plaintiff,<br>v.<br><br>Bureau of Account Management; DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No.: 1:10-cv-10358-PBS |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Plaintiff, Myriam Paul, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action against Defendant, Bureau of Account Management, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 10, 2010

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
(Bar No. 650671)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2010, I electronically filed the foregoing with the Clerk of the District Court of the District of Massachusetts using the CM/ECF system:

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.